THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR
F. BRODERICK, Respondent, *v.* HENRY M. GOLDFOGLE
et al., as Commissioners of Taxes and Assessments of
the City of New York, Appellants.

*Tax — moneyed capital tax — capital employed in general stock brokerage
business and in ownership of Stock Exchange seat not in competition
with business of National banks — assessment properly vacated.*

*People ex rel. Broderick* v. *Goldfogle,* 213 App. Div. 677, affirmed.
(Argued December 14, 1925; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered July 6, 1925, which unanimously affirmed
an order of Special Term vacating and canceling an
assessment levied against relator on the value of moneyed
capital owned or held by him and alleged to have been
used in competition with the business of National banks.
The assessment against relator for the year 1923 was
held invalid on the ground that his moneyed capital,
which was employed in a general stock brokerage business,
and in his ownership of a Stock Exchange seat for the
purposes of such business, was not in competition with
the business of National banks.

*George P. Nicholson, Corporation Counsel (William H.
King* and *Eugene Fay* of counsel), for appellants.

*John W. Davis* and *Michael F. Dee* for respondent.

*Louis J. Vorhaus* for Louis M. Josephthal et al.,
*amici curiæ.*

*Knowlton Durham* for Robert L. Bigelow et al.,
*amici curiæ.*

*John Ewen* for Charles A. Frank et al., *amici curiæ.*

*Edward S. Greenbaum* for Sidney S. Prince et al.,
*amici curiæ.*

Order affirmed, with costs, on authority of *People ex rel.
Pratt* v. *Goldfogle* (242 N. Y. 277).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.